# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECHMER PM, LLC, a Delaware corporation; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-09607-SVW-MRWx<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION TO DISMISS: WITH PREJUDICE AS TO INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO AGGRIEVED EMPLOYEES<br><br>State Action Filed: November 8, 2021<br>Removal Date:　　December 10, 2021 |

Having considered the Parties' Joint Stipulation to Dismiss and good cause appearing therefor, **IT IS HEREBY ORDERED** that this matter is hereby **DISMISSED** with prejudice as to Individual Claims and without prejudice as to Aggrieved Employees.

　　**IT SO ORDERED**.

Dated: __September 23__, 2022

　　　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　	　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　United States District Court

4876-9382-8148, v. 1